United States District Court
Southern District of Texas
**ENTERED**
March 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELI HEILMAN, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-1695 |
| § | |
| COSCO SHIPPING LOGISTICS (NORTH § AMERICA) INC., § § | |
| Defendant. § | |

## **ORDER**

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 22, 2020 (Doc. #23), Defendant's Objections (Doc. #24), and Plaintiff's Response (Doc. #25). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

March 24, 2020
Date

The Honorable Alfred H. Bennett
United States District Judge